**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on July 1, 2026**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| **v.** | : | **MAGISTRATE NO. 26-MJ-156** |
| **RASHAAD WILSON,** | : | **VIOLATIONS:** |
| **Defendant.** | : | **18 U.S.C. § 922(g)(1)**<br>**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year)** |
| | : | **22 D.C. Code § 404.04(a)**<br>**(Strangulation)** |
| | : | **FORFEITURE:**<br>**18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and 28 U.S.C. § 2461(c)** |

**INDICTMENT**

The Grand Jury charges that:

**COUNT ONE**

On or about September 5, 2026, within the District of Columbia, **RASHAAD WILSON,** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in Circuit Court for Prince George's County, Maryland, criminal case numbers CT190218X and CT100904A, and in the Superior Court of the District of Columbia, criminal case number 2017-CF2-011320, did unlawfully and knowingly receive and possess a firearm, that is, a Glock 43, 9mm caliber, semi-automatic handgun, and did unlawfully and knowingly receive and

possess ammunition, that is, .9mm caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

(**Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

**COUNT TWO**

On or about September 5, 2026, within the District of Columbia, **RASHAAD WILSON** did knowingly, intentionally, and recklessly restrict the normal circulation of the blood and breathing of T.H. by applying pressure on the throat, neck, and chest of T.H. and blocking the nose and mouth of T.H.

(**Strangulation**, in violation of Title 22, District of Columbia Code, Section 404.04(a))

**FORFEITURE ALLEGATION**

Upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to a Glock 43, 9mm caliber, semi-automatic handgun and 9mm ammunition.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: ______________________
GAURI GOPAL
Assistant United States Attorney

A TRUE BILL:

FOREPERSON.